AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:24-mj-192 |
| Andrew Settles | ) Assigned To : Judge G. Michael Harvey |
| DOB: XXXXXX | ) Assign. Date : 5/31/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 1752(a)(1)- | (Entering or remaining in a restricted building or grounds), |
| 18 U.S.C. § 1752(a)(2)- | (Disorderly or disruptive conduct in a restricted building or grounds), |
| 40 U.S.C. § 5104(e)(2)(D)- | (Disorderly Conduct in a Capitol Building), |
| 40 U.S.C. § 5104(e)(2)(G)- | (Parading, Demonstrating, or Picketing in a Capitol Building). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/31/2024

*Judge's signature*

City and state: Washington, D.C.           G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*