AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-192 |
| Andrew Settles | ) | Assigned To : Judge G. Michael Harvey |
| | ) | Assign. Date : 5/31/2024 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   __Andrew Settles__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- (Entering or remaining in a restricted building or grounds);
18 U.S.C. § 1752(a)(2)- (Disorderly or disruptive conduct in a restricted building or grounds);
40 U.S.C. § 5104(e)(2)(D)- (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G)- (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:   05/31/2024

*Issuing officer's signature*

City and state:   Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
                                  *Printed name and title*

### Return

This warrant was received on (date) 05/31/2024, and the person was arrested on (date) 06/05/2024
at (city and state) Jerseyville, IL.

Date: 06/05/2024

*Arresting officer's signature*

SA Nicholas M. Porcaro /FBI
*Printed name and title*